863 F.2d 1162
 Russell T. JACKSON, Plaintiff-Appellant,
v.
Toni V. BAIR; Fred E. Jordan, Regional Administrator,
Virginia Department of Corrections; E.C. Morris;
Edward W. Murray; Allyn R. Sielaff,
Defendants-Appellees.
 No. 87-3827.
 United States Court of Appeals,
Fourth Circuit.
 Dec. 20, 1988.
 ORDER
 
 1
 The panel opinion, Jackson v. Bair, 851 F.2d 714 (4 Cir.1988), having been withdrawn and the case reargued in banc, it is ORDERED
 
 
 2
 That the judgment of the district court is affirmed by an equally divided court.